```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____
     GRACE SENGILLA

                         Plaintiff(s)

        -vs-                                04-CV-6212T


     TARGET CORPORATION

                         Defendant(s)
_____
```

The parties having electronically filed a Stipulation of Dismissal on March 2, 2006, it is hereby,

ORDERED, that the above action is hereby dismissed with prejudice.

SO ORDERED.

```
                          S/ MICHAEL A. TELESCA
                         MICHAEL A. TELESCA
                         United States District Judge
```

Dated: March 3, 2006